EUGENE KILLIAN, JR*
DIMITRI TERESH*
VIRGINIA A. NAIROOZ*



*MEMBER NJ & NY BAR

# THE KILLIAN FIRM, P. C.
ATTORNEYS AT LAW

September 9, 2025

**VIA CM/ECF**
Hon. Stacey D. Adams, U.S.M.J.
Martin Luther King Building & U.S. Courthouse
50 Walnut Street
Newark, NJ 07101

Re:   **National Specialty Insurance Company v. La Lana Enterprises Corp., et al.**
*DNJ Docket No. 2:23-cv-20836 (CCC) (SDA)*

Dear Hon. Adams:

This firm was recently retained to represent non-party witnesses Aileen Ogaldez and Velocity Insurance Multiservices, LLC. Ms. Ogaldez is presently under subpoena to appear for a deposition on September 11, 2025. The fact discovery deadline in this matter expires on September 15, 2025.

By way of brief background, this matter is directly intertwined with a matter pending in Superior Court of New Jersey, Bergen County, under Docket No. BER-L-1498-24 ("State Matter"), which was remanded from this Court (ECF #40), and which stems from the same motor vehicle incident. Although Ms. Ogaldez is not named as a party to this matter, the subject matter of the deposition in this matter is likely to stem from the same set of operative facts as the allegations against Ms. Ogaldez in the State Matter.

We write to respectfully request that the fact discovery in this matter be extended by 30 days so as to allow us an opportunity to familiarize ourselves with the matter and ensure that Ms. Ogaldez is adequately prepared to meaningfully participate in the sought-after deposition. Although the discovery in the State Matter is not complete, the bulk of the paper discovery in this matter is likely to be identical to that which would be necessary for the State Matter, and will allow for efficient preparation.

September 9, 2025
Page **2**

Thank you in advance for your time and consideration.

                                              Yours truly,
                                              **THE KILLIAN FIRM, P.C.**

                                      By: /s/ Dimitri Teresh
                                          Dimitri Teresh